IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN J. FEINSTEIN, M.D., et al., | : | CIVIL ACTION |
| **Plaintiffs** | : | |
| | : | |
| vs. | : | NO. 10-4050 |
| | : | |
| SAINT LUKE'S HOSPITAL, et al., | : | |
| **Defendants** | : | |

## O R D E R

**AND NOW,** this   19th    day of October, 2011, upon careful consideration of the defendants' motion to dismiss (Document #6), the plaintiffs' response thereto (Document #10), the defendants' reply (Document #12), the plaintiffs' sur-reply (Document #17), and after a hearing on the motion, IT IS HEREBY ORDERED that the motion is GRANTED in its entirety.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

   /s/ Lawrence F. Stengel   
LAWRENCE F. STENGEL, J.