IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN J. FEINSTEIN, M.D., et al., | : | CIVIL ACTION |
|     Plaintiffs | : | |
| | : | |
| vs. | : | NO. 10-4050 |
| | : | |
| SAINT LUKE'S HOSPITAL, et al., | : | |
|     Defendants | : | |

## O R D E R

**AND NOW,** this   25th   day of September, 2012, upon consideration of the defendants' motion for an award of attorneys' fees and costs (Document #27), the plaintiffs' response in opposition thereto (Document #28), and the defendants' reply brief (Document #31), IT IS HEREBY ORDERED that:

    1.    The motion is GRANTED in part and DENIED in part.

    2.    The defendants are awarded attorneys' fees in the amount of $18,672.

    3.    The defendants are awarded costs in the amount of $139.07.

    4.    The defendants' request for an upward adjustment in the lodestar is DENIED.

                                            BY THE COURT:

                                            /s/ Lawrence F. Stengel
                                            LAWRENCE F. STENGEL, J.